**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AIDA VALIPOURCHAHARDAHCHERIKI,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, Warden Diamondback Correctional Facility,<br><br>Respondent. | ) | Case No. CIV-26-03042-JD |

**ORDER**

The Court previously ordered Petitioner's non-resident counsel of record in this case to "comply" with the local counsel requirements of this Court. [Doc. No. 7 at 1]; LCvR83.3. The Court directed compliance "no later than November 12, 2026," warning that "[f]ailure to comply with Court orders and the Local Civil Rules may result in the dismissal of this action without prejudice to refiling and without further warning or opportunity to cure by the Court." [Doc. No. 7 at 1]. Since then, the deadline has passed and counsel for Petitioner has filed nothing. Consequently, the Court DISMISSES this action without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 13th day of November 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE